# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00169-JRG |
| | § | (Lead Case) |
| AMAZON.COM, INC. | § | |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00175-JRG |
| | § | (Member Case) |
| TARGET CORPORATION | § | |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00273-JRG |
| | § | (Member Case) |
| OFFICE DEPOT, LLC. | § | |

## **ORDER**

Before the Court is the Joint Motion for Dismissal (the "Joint Motion") filed by Plaintiff Lexos Media IP, LLC ("Plaintiff") and Defendant Target Corporation ("Target"). (Dkt. No. 324). In the Joint Motion, Plaintiff and Target notify the Court that they have "reached a mediated settlement." (*Id.* at 1). As such, Plaintiff and Target request that the Court dismiss Plaintiff's claims against Target with prejudice, and all counterclaims asserted by Target against Plaintiff with prejudice, with the Court to retain jurisdiction over the enforcement of the settlement agreement. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Target are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Target's counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned cases between only Plaintiff and Target and not explicitly granted herein are **DENIED AS MOOT**. The Clerk shall **CLOSE** Case No. 2:22-cv-175, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case, No. 2:22-cv-169, and Member Case, No. 2:22-cv-273.

**So ORDERED and SIGNED this 12th day of January, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE